```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TORO,** *on behalf of himself and all others similarly situated*

                **Plaintiff,**

                -against-

**IOIP HOLDINGS, LLC.,**

                **Defendant.**

22-cv-6804 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

**Dated:**   **January 31, 2023**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**